UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| LARRY G. WATKINS, ) | |
| ) | CV 11 - 6029 - HZ |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER DISMISSING PLAINTIFF'S |
| ) | APPEAL OF THE COMMISSIONER'S |
| MICHAEL ASTRUE, ) | DECISION |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Comes now this Court and having reviewed Plaintiff's attorney's affidavit and motion to dismiss Plaintiff's appeal of the Commissioner's decision, finds that Plaintiff's attorneys motion is well taken, and this case is hereby dismissed.

Dated the  23rd  day of August, 2011.

IT IS SO ORDERED.

/s/ Marco A. Hernandez
_____
District Court Judge